MAGNOLIA ANTI-FRICTION METAL COMPANY, Respondent, *v.* SAMUEL SINGLEY, Appellant.

(Argued January 23, 1893 ; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 11, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Rowland Cox* for appellant.

*Alex S. Bacon* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.